Pekar Motor Vehicle Operator License Case.

308

Submitted April 16, 1971. Before WRIGHT, P. J., WATKINS, MONTGOMERY, JACOBS, HOFFMAN, SPAULDING, and CERCONE, JJ.

*Anthony J. Maiorana,* Assistant Attorney General, *Elmer T. Bolla,* Deputy Attorney General, and *J. Shane Creamer,* Attorney General, for Commonwealth, appellant.

No oral argument was made nor brief submitted for appellee.

OPINION PER CURIAM, June 22, 1971:

In this case appellee's license was suspended for refusal to take the breathalyzer test provided for in §624.1(a) of The Vehicle Code of April 29, 1959, P. L. 58, as amended, 75 P.S. §624.1(a). After a hearing on appeal, the court below found as a fact that the appellee did not refuse to take the test and set aside the suspension. The lower court's finding is supported by competent evidence and we will not disturb it.

Order affirmed.